# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | | |
|---|---|---|
| RONALD BAKER, )  | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 3:19-cv-00313 |
| JAMES TINKER and TRANS-PORTE, INC. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   JAMES TINKER                                                                                                          .

Date:   04/22/2019

/s/ Brian O. Watson
*Attorney's signature*

Brian O. Watson, #6304248
*Printed name and bar number*

Riley Safer Holmes & Cancila LLP
Three First National Plaza
70 W Madison St, Ste 2900
Chicago, Illinois  60602
*Address*

bwatson@rshc-law.com
*E-mail address*

(312) 471-8700
*Telephone number*

(312) 471-8701
*FAX number*