UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RONALD BAKER, | ) |
| Plaintiff(s), | ) |
| v. | ) CAUSE NO. 3: 19cv313 PPS-MGG |
| TRANS-PORTE, INC., ET AL., | ) |
| Defendant(s). | ) |

**ORDER**

In accordance with Rule 16 of the Federal Rules of Civil Procedure, this cause is now set for a **Rule 16 Preliminary Pretrial Conference** before Magistrate Judge Michael G. Gotsch, Sr., to be held on **June 4, 2019 at 11:30 A.M.** (E.D.T.) in Room 201, Robert A. Grant Courthouse, 204 S. Main Street, South Bend, Indiana. Trial Counsel are required to attend this conference.

**Counsel shall indicate whether their clients are willing to consent to transfer this case to a Magistrate Judge for all purposes, including trial, by either executing and submitting the consent form or orally inform the court at the Rule 16 Preliminary Pretrial Conference to consent.**

At the conference, counsel shall be prepared to address the following:

1. A proposed Discovery Plan under Fed. R. Civ. P. 26(f) to be filed no later than **May 24, 2019**. Counsel are directed to the Court's website for a suitable form of report and discovery plan **("Report of the Parties Planning Meeting")**. At the conference, the Court will address those topics listed at Fed. R. Civ. P. 16(b) and (c). Failure to timely file the report and proposed discovery plan may result in the imposition of sanctions in accordance with Fed. R. Civ. P. 16(f). At the conference, it is anticipated that the Court will approve or modify the Report of Parties' Planning Meeting.

2. Consideration of the various forms of Alternative Dispute Resolution ("ADR") available[1] to include mediation. If mediation is selected, the parties shall identify the mediator and in the event counsel cannot agree on a mediator, then the Court will make the selection. Counsel may review the list of mediators located on the Court's website at *innd.uscourts.gov*, under *Info/Forms*, prior to the preliminary pretrial conference.

---

[1] The attention of counsel is specifically directed to the Court's ADR Pamphlet (1/96) located at the Court's website.

Counsel may appear telephonically by filing a motion electronically at least **48 hours** before the hearing. If you have any questions, contact our case management deputy, Sharon Macon at 574-246-8l00.

SO ORDERED this May 2, 2019.

s/Michael G. Gotsch, Sr.  
Michael G. Gotsch, Sr.  
United States Magistrate Judge

Form 3.19