UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RONALD BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 3:19-cv-313-PPS-MGG |
| ) | |
| JAMES TINKER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Ronald Baker and Defendants James Tinker and US Foods, Inc., by and through undersigned counsel, stipulate that this action and all claims and defenses asserted therein are dismissed with prejudice and each party shall bear its own attorneys' fees, costs, and expenses.

Dated: December 4, 2019                    Respectfully submitted,

ANDERSON AGOSTINO & KELLER, P.C            RILEY SAFER HOLMES & CANCILA, LLP

By: /s/ *Tracey Steele Schafer*            By: /s/ *Brian O. Watson*
Tracey Steele Schafer, #28770-64           Brian O. Watson, #6304248
Attorney for Ronald Baker                  Attorney for James Tinker and
                                           US Foods, Inc.


Dated: December __, 2019                   SO ORDERED.


                                           _____
                                           **JUDGE, U.S. DISTRICT COURT**
                                           **NORTHERN DISTRICT OF INDIANA**

## **CERTIFICATE OF SERVICE**

On December 4, 2019, I electronically submitted these papers with the Clerk of Court for the U.S. District Court of Northern District of Indiana, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Brian O. Watson*

4840-4983-0574, v. 1